**Order entered June 2, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00290-CV

**ARLIS D. WILLIAMSON, INDIVIDUALLY, ET AL., Appellants**

**V.**

**STELLAR RESTORATION SERVICES, LLC, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04256-2015**

## ORDER

We **GRANT** appellee's May 31, 2016 unopposed motion for an extension of time to file a brief and extend the time to **JUNE 30, 2016.** No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/    CRAIG STODDART
        JUSTICE